IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

FILED BY _____ D.C.

'05 AUG 29 PM 3: 53

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN. JACKSON

| | | |
|---|---|---|
| SHARON SANDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1: 03-1333 T-An |
| | ) | |
| JACKSON STATE COMMUNITY COLLEGE | ) | JURY DEMANDED |
| and the TENNESSEE BOARD OF REGENTS, | ) | |
| | ) | |
| Defendants | ) | |

## ORDER EXTENDING THE DEADLINE TO COMPLETE DISCOVERY

This matter is before the Court on the parties' Motion to Extend the Deadline to Complete Discovery. The parties have requested that the Court extend the deadline for completing discovery up to and including, Friday, September 30, 2005, to allow the parties to complete the discovery depositions of Jean Redding and Laurie Weaver. By agreement of the parties and for good cause shown, it is hereby ORDERED, DECREED, and ADJUDGED that:

The deadline for completing discovery be extended up to and including, Friday, September 30, 2005.

ENTERED this the 29th day of _____August_____ 2005.

S. Thomas Anderson  USMJ

HONORABLE JAMES D. TODD
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  8/30/05



APPROVED:

By: _____
RICHARD D. BENNETT, BPR #13156
J. CHRISTOPHER DAVIS, BPR#023590
LAW OFFICES OF MAIDEN & BENNETT
1155 Halle Park Circle, Suite 101
Collierville, Tennessee 38017
(901) 854-0777

ATTORNEYS FOR PLAINTIFF


By: _____
WILLIAM J. MARETT, JR.
Senior Counsel, Civil Litigation and State Services Division   with permission
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-7087

ATTORNEYS FOR DEFENDANTS

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 39 in case 1:03-CV-01333 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT