IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.
05 OCT -4 PM 1:40

| | |
|---|---|
| SHARON SANDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 1:03-1333 |
| ) | |
| JACKSON STATE COMMUNITY ) | |
| COLLEGE and TENNESSEE BOARD ) | |
| OF REGENTS, ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER AND
TO CONTINUE JURY TRIAL
AND
ORDER OF REFERENCE

Plaintiff and Defendants jointly move to modify the scheduling order that was entered in this case on February 24, 2005 (Docket No. 35), and to continue the January 23, 2006 trial date. Because the parties agree that the circumstances warrant the requested relief, and for other good cause shown by the memorandum and the exhibit presented in support of the motion,

It is, accordingly, ORDERED, that the parties' motion to modify the scheduling order to extend the time for the filing of dispositive motions is GRANTED, and the parties have up to and including November 14, 2005, to file such motions. It is further ORDERED that the parties' motion to continue the January 23, 2006 trial date is GRANTED. It is finally

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/5/05

42

ORDERED that the case be REFERRED to Magistrate Judge Anderson to set and conduct a new scheduling conference.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_4 October 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 1:03-CV-01333 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT