IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SHARON SANDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 03-1333-T-An |
| ) | |
| JACKSON STATE COMMUNITY ) | |
| COLLEGE and TENNESSEE ) | |
| BOARD OF REGENTS, ) | |
| ) | |
| Defendants. ) | |

## ORDER MODIFYING SCHEDULING ORDER
## AND CONTINUING TRIAL

Before the Court is a Joint Motion to Modify Scheduling Order and Continuance of Jury Trial filed on September 30, 2005.

For good cause shown, the motion is **GRANTED.**

The trial is reset to **MONDAY, MARCH 13, 2006 at 9:30 a.m.** The Pretrial Order shall be due on or before **FRIDAY, MARCH 3, 2006.** The parties shall have until **November 14, 2005** to file dispositive motions. The Plaintiff's final list of witnesses and exhibits shall be served on the Defendant by **JANUARY 21, 2006,** and the Defendant's final list of witnesses and exhibits shall be served on the Plaintiff by **FEBRUARY 10, 2006.** Each party shall have 10 days

1

after service to file objections thereto.

**IT IS SO ORDERED.**

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: October 14, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:03-CV-01333 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Honorable James Todd
US DISTRICT COURT