IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



SHARON SANDS,

    Plaintiff,

VS.                                                                                    No. 03-1333-T

JACKSON STATE COMMUNITY COLLEGE,
and TENNESSEE BOARD OF REGENTS,

    Defendants.

## ORDER OF REFERENCE

Defendants' Motion to Set Aside Order Modifying Scheduling Order and to Continuing Trial are hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

25 October 2005
DATE


This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/26/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 1:03-CV-01333 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

Honorable James Todd
US DISTRICT COURT