IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| SHARON SANDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO.: 03-1333-T-An |
| | ) |
| JACKSON STATE COMMUNITY COLLEGE and TENNESSEE BOARD OF REGENTS, | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING DEFENDANTS' MOTION TO SET ASIDE ORDER MODIFYING SCHEDULING ORDER AND CONTINUING TRIAL

Before the Court is Defendants' Motion to Set Aside Order Modifying Scheduling Order and To Continuing Trial filed on October 24, 2005.

For good cause shown, the motion is **GRANTED.**

The trial is reset to **MONDAY, JUNE 12, 2006 at 9:30 a.m.** The Pretrial Order shall be due on or before **FRIDAY, JUNE 2, 2006.** The parties shall have until **JANUARY 13, 2006** to file dispositive motions. The Plaintiff's final list of witnesses and exhibits shall be served on the Defendant by **APRIL 28, 2006,** and the Defendant's final list of witnesses and exhibits shall be served on the Plaintiff by **MAY 12, 2006.** Each party shall have 10 days after service to file

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/10/05

objections thereto.

**IT IS SO ORDERED.**

                                                      *S. Thomas Anderson*
                                                      S. THOMAS ANDERSON
                                                      UNITED STATES MAGISTRATE JUDGE

                                                      Date: *November 08, 2005*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 1:03-CV-01333 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Richard D. Bennett
MAIDEN & BENNETT
1155 Halle Park Cr.
Collierville, TN 38017

William J. Marett
STATE ATTORNEY GENERAL'S OFFICE
P.O. Box 20207
Nashville, TN 37202--020

Honorable James Todd
US DISTRICT COURT